# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC DOHNTE BROWN, | No. CV 12-9131-DSF (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| R. GROUNDS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 4/23/15

*Dale S. Fischer*
———————————————
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE